SABO, APPELLANT, *v.* SCHOTT ET AL., APPELLEES.

[Cite as *Sabo v. Schott* (1994), 70 Ohio St.3d 527.]

(No. 94–909—Submitted August 31, 1994—Decided October 12, 1994.)

---

*Katz, Greenberger & Norton* and *Stephen A. Imm,* for appellant.

*Martin, Bailey & MacDonald* and *Stephen A. Bailey,* for appellees.

---

The judgment of the court of appeals is reversed. Plaintiff's allegation that he was fired as a result of having testified truthfully, albeit unfavorably to the defendants, if proven to be true, would constitute conduct on the part of the defendants which violates the public policy of this state. This cause is remanded to the trial court to apply *Painter v. Graley* (1994), 70 Ohio St.3d 377, 639 N.E.2d 51.

MOYER, C.J., A.W. SWEENEY, WRIGHT, RESNICK and PFEIFER, JJ., concur.

DOUGLAS, J., dissents.

F.E. SWEENEY, J., not participating.